UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ10-303 |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| MICHAEL LEE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged:

Wire Fraud and Mail Fraud.

Date of Detention Hearing:  July 16, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which the defendant can meet will reasonably

assure the appearance of the defendant as required and the safety of any other person and the

community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Mr. Smith has ties to another country and is married to the co-defendant who is from

another country.  He resided outside of the United States for many months until being contacted

DETENTION ORDER - 1

1   by law enforcement this year.  He has provided inconsistent information about his financial

2   resources and the number of bank accounts he and his wife have.  The government proffered that

3   his wife was in the process of purchasing a 7 million dollar home before she was arrested earlier

4   this year.

5       It is therefore ORDERED:

6       (1)      Defendant shall be detained pending trial and committed to the custody of the

7   Attorney General for confinement in a correctional facility separate, to the extent practicable,

8   from persons awaiting or serving sentences, or being held in custody pending appeal;

9       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

10   counsel;

11       (3)      On order of a court of the United States or on request of an attorney for the

12   Government, the person in charge of the correctional facility in which Defendant is confined

13   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14   connection with a court proceeding; and

15       (4)      The clerk shall direct copies of this order to counsel for the United States, to

16   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17   Officer.

18       DATED this 16th day of July, 2010.

19

20

21                     _____

                        BRIAN A. TSUCHIDA

22                         United States Magistrate Judge

23

DETENTION ORDER - 2